```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, <br>     Plaintiff, <br> vs. <br> Fredrick Leidecker, et al, <br>     Defendants | Case No. **2:11-cv-02794-MCE-GGH** <br><br> STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL OCTOBER 2, 2012 FOR DEFENDANT DICKSON REALTY TRUCKEE, INC. INDIVIDUALLY AND D/B/A DICKSON REALTY TO RESPOND TO COMPLAINT |

    Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Dickson Realty Truckee, Inc. Individually and d/b/a Dickson Realty, by and through their respective attorneys of record, Scott N. Johnson; Marc J. Cardinal, stipulate as follows:

    1. An extension of time has been previously obtained for Defendant Dickson Realty Truckee, Inc. Individually and d/b/a Dickson Realty until September 18, 2012 to respond or

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

otherwise plead reference to Plaintiff's complaint.

2. Defendant Dickson Realty Truckee, Inc. Individually and d/b/a Dickson Realty is granted an extension until October 2, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Dickson Realty Truckee, Inc. Individually and d/b/a Dickson Realty response will be due no later than October 2, 2012.

IT IS SO STIPULATED effective as of September 17, 2012

Dated:   September 18, 2012         /s/Marc J. Cardinal_ ___
                                    Marc J. Cardinal,

                                    Attorney for Defendant
                                    Dickson Realty Truckee,
                                    Inc. Individually and
                                    d/b/a Dickson Realty


Dated:   September 17, 2012         /s/Scott N. Johnson ____
                                    Scott N. Johnson,
                                    Attorney for Plaintiff

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED** that Defendant Dickson Realty Truckee, Inc. individually and d/b/a Dickson Realty shall have until October 2, 2012 to respond to Plaintiff's complaint.

Dated:  September 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE