SHANNON B. JONES LAW GROUP
SHANNON B. JONES (Bar No. 149222)
sbj@sbj-law.com
MARC J. CARDINAL (Bar No. 197437)
mjc@sbj-law.com
300 Diablo Road
Danville, California 94526
Telephone: (925) 837-2317
Facsimile: (925) 837-4831

Attorneys Defendant
DICKSON REALTY TRUCKEE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>DICKSON REALTY TRUCKEE, INC., INDIVIDUALLY and D/B/A DICKSON REALTY; FREDRICK LEIDECKER,<br><br>Defendants. | Case No. 11-CV-02794-MCE-GGH<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT DICKSON REALTY TRUCKEE, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF SCOTT N. JOHNSON'S FIRST AMENDED COMPLAINT TO OCTOBER 16, 2012, PURSUANT TO LOCAL RULES OF COURT, RULE 6-144(a) |

Pursuant to Local Rule 6-144 (a), Plaintiff SCOTT N. JOHNSON ("Plaintiff"), by and through his counsel of record, and Defendant DICKSON REALTY TRUCKEE, INC. ("Defendant"), by and through its counsel of record, respectfully request and make the following stipulation:

1. Whereas, Defendant has been served with the First Amended Complaint: Civil Rights;

2. Whereas, Defendant has requested additional time to file a responsive pleading to the First Amended Complaint: Civil Rights;

3. Whereas an extension of time has been previously obtained for Defendant until September 18, 2012 to respond or otherwise plead to Plaintiff's First Amended Complaint: Civil Rights;

4. Whereas another extension of time was obtained for Defendant until October 2, 2012 to respond or otherwise plead to Plaintiff's First Amended Complaint: Civil Rights;

5. Whereas, Defendant, Plaintiff, as well as representatives for Defendant Leidecker, are actively engaged in settlement discussions;

6. Where Plaintiff has agreed to grant Defendant additional time to file a responsive pleading to the First Amended Complaint: Civil Rights to October 16, 2012.

IT IS SO STIPULATED:

That the last day for Defendant DICKSON REALTY TRUCKEE, INC. to file and serve a responsive pleading to Plaintiff SCOTT N. JOHNSON'S First Amended Complaint: Civil Rights shall be extended to and including October 16, 2012.

Dated: October __2_, 2012

SHANNON B. JONES LAW GROUP

By ___________/S/ Marc J. Cardinal___________
MARC J. CARDINAL
Attorneys for Defendant
DICKSON REALTY TRUCKEE, INC.

Dated: October _2_, 2012

DISABLED ACCESS PREVENTS INJURY, INC.

By _________/S/ Scott N. Johnson_________
SCOTT N. JOHNSON
Attorneys for Plaintiff
SCOTT N. JOHNSON

**ORDER**

IT IS SO ORDERED: that based on the Parties' stipulation above that Defendant DICKSON REALTY TRUCKEE, INC.'s last day to file and serve a responsive pleading to Plaintiff SCOTT N. JOHNSON'S First Amended Complaint shall be extended to and including October 16, 2012.

Dated: October 15, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE