1  SHANNON B. JONES LAW GROUP
   SHANNON B. JONES (Bar No. 149222)
2  sbj@sbj-law.com
   MARC J. CARDINAL (Bar No. 197437)
3  mjc@sbj-law.com
   300 Diablo Road
4  Danville, California 94526
   Telephone:  (925) 837-2317
5  Facsimile:  (925) 837-4831

6  Attorneys Defendant
   DICKSON REALTY TRUCKEE, INC.
7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 SCott N. JOHNSON,                 )  Case No. 11-CV-02794-MCE-GGH
                                     )
12          Plaintiff,                )  STIPULATION AND ORDER TO
                                     )  EXTEND TIME FOR DEFENDANT
13     v.                             )  DICKSON REALTY TRUCKEE, INC. TO
                                     )  FILE A RESPONSIVE PLEADING TO
14 DICKSON REALTY TRUCKEE, INC.,     )  PLAINTIFF SCOTT N. JOHNSON'S
   INDIVIDUALLY and D/B/A DICKSON    )  FIRST AMENDED COMPLAINT TO
15 REALTY; FREDRICK LEIDECKER,       )  OCTOBER 16, 2012, PURSUANT TO
                                     )  LOCAL RULES OF COURT, RULE 6-
16          Defendants.              )  144(a)
                                     )
17

18          Pursuant to Local Rule 6-144 (a), Plaintiff SCOTT N. JOHNSON ("Plaintiff"), by

19 and through his counsel of record, and Defendant DICKSON REALTY TRUCKEE, INC.

20 ("Defendant"), by and through its counsel of record, respectfully request and make the following

21 stipulation:

22          1.     Whereas, Defendant has been served with the First Amended Complaint:

23 Civil Rights;

24          2.     Whereas, Defendant has requested additional time to file a responsive

25 pleading to the First Amended Complaint: Civil Rights;

26          3.     Whereas an extension of time has been previously obtained for Defendant

27 until September 18, 2012 to respond or otherwise plead to Plaintiff's First Amended Complaint:

28 Civil Rights;

STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT
1

4. Whereas another extension of time was obtained for Defendant until October 2, 2012 to respond or otherwise plead to Plaintiff's First Amended Complaint: Civil Rights;

5. Whereas, Defendant, Plaintiff, as well as representatives for Defendant Leidecker, are actively engaged in settlement discussions;

6. Where Plaintiff has agreed to grant Defendant additional time to file a responsive pleading to the First Amended Complaint: Civil Rights to October 16, 2012.

IT IS SO STIPULATED:

That the last day for Defendant DICKSON REALTY TRUCKEE, INC. to file and serve a responsive pleading to Plaintiff SCOTT N. JOHNSON'S First Amended Complaint: Civil Rights shall be extended to and including October 16, 2012.

Dated: October __2__, 2012

SHANNON B. JONES LAW GROUP

By _____/S/ Marc J. Cardinal_____
MARC J. CARDINAL
Attorneys for Defendant
DICKSON REALTY TRUCKEE, INC.

Dated: October _2_, 2012

DISABLED ACCESS PREVENTS INJURY, INC.

By _____/S/ Scott N. Johnson_____
SCOTT N. JOHNSON
Attorneys for Plaintiff
SCOTT N. JOHNSON

## **ORDER**

IT IS SO ORDERED: that based on the Parties' stipulation above that Defendant DICKSON REALTY TRUCKEE, INC.'s last day to file and serve a responsive pleading to Plaintiff SCOTT N. JOHNSON'S First Amended Complaint shall be extended to and including October 16, 2012.

Dated: October 15, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT
3