SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>  vs.<br><br>Fredrick Leidecker, et al,<br><br>    Defendants | Case No. **2:11-cv-02794-MCE-GGH**<br><br>**ORDER RE: STIPULATION FOR CONTINUANCE OF DATE TO FILE JOINT (PRETRIAL) STATUS CONFERENCE STATEMENT** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the parties shall have the date for filing the joint (pretrial) status conference statement continued for thirty (30) days.

Dated:   October 15, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE