1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  EMAIL scottnjohnson@dapiinc.com

5  Attorney for Plaintiff
   Scott N. Johnson
6

7              UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  Scott N. Johnson                ) Case No. 2:11-cv-02794-MCE-GGH
                                    )
11                                  ) **STIPULATION FOR DISMISSAL**
                                    )
12          Plaintiff;              )
                                    )
13      vs.                         ) Complaint Filed: OCTOBER 24, 2011
                                    ) First Amended Filed: JUNE 25, 2012
14                                  )
                                    )
15  Fredrick Leidecker, et al       )
                                    )
16                                  )
                                    )
17          Defendants              )
                                    )
18                                  )
                                    )
19  _____)

20

21

22      PLEASE TAKE NOTICE THAT by and between the parties to this action through their

23  designated counsel that this action be and is hereby dismissed with prejudice pursuant to Fed. R.

    Civ. P. Rule 41(a)(1)(A)(ii).

24  ///

25  ///

26  ///

27

28

1    The Parties shall bear their own costs and attorneys' fees in connection with this Lawsuit

2   and the negotiation and preparation of this Agreement.

3

4   Dated: December 28, 2012

5                                                                DISABLED ACCESS PREVENTS INJURY, INC.

6

7
                                                                 /s/Scott N. Johnson_____
8                                                                SCOTT N. JOHNSON,
                                                                 Attorney for Plaintiff
9

10
     Dated: January 2, 2013
11                                                               SHANNON B. JONES LAW GROUP

12

13                                                                _/s/Marc J. Cardinal_____
                                                                 MARC J. CARDINAL
14                                                               Attorney for Defendant
                                                                 DICKSON REALTY TRUCKEE, INC.
15

16        IT IS SO ORDERED.

17

18   Dated:  January 8, 2013

19   _____

20   MORRISON C. ENGLAND, JR., CHIEF JUDGE
     UNITED STATES DISTRICT COURT
21

22

23

24

25

26

27

28